UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY, | No. C-14-01654 DMR |
| Plaintiff(s), | **ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| FAUSTO LAW, P.C., ET AL, | |
| Defendant(s). | |

The court is in receipt of the Plaintiff's notice of tentative settlement and request to vacate the Initial Case Management Conference, [Docket No. 11]. The request is granted. The Initial Case Management Conference previously scheduled for July 30, 2014 at 1:30 p.m. has been VACATED. The parties shall submit a status report regarding the settlement of this matter by no later than **August 27, 2014.**

IT IS SO ORDERED.

Dated: July 24, 2014

_____
DONNA M. RYU
United States Magistrate Judge